Case 7:17-cr-00506-NSR   Document 146   Filed 05/15/19   Page 1 of 1



*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

May 15, 2019

**BY ECF**

The Honorable Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:    **United States v. Dimetri Mosely, Nicholas Harris, and Jaquez Hill,**
            **S1 17 Cr. 506 (NSR)**

Dear Judge Román:

    The Government writes to inform the Court that the Government will not seek the death penalty against defendants Dimetri Mosely, Nicholas Harris, and Jaquez Hill in this case.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

by:  /s/ Maurene Comey
    Maurene Comey
    Christopher Clore
    Emily Deininger
    Assistant United States Attorneys
    (212) 637-2324

cc:    Counsel of Record (by ECF)