**MEMO ENDORSED**

# George Robert Goltzer
152 West 57th Street
8th Floor
New York, NY 10019

Ying Stafford
Associate Counsel

Tel. 212/608-1260
Cell 917/553-6704
Fax 1646/430-8944
grgoltzer@gmail.com

September 29, 2020

Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601
Via ECF

Re: *U.S.A. v. Nicholas Harris*
17 Cr. 506 (NSR) -03

Dear Judge Roman:

Please accept this letter as an application, with the consent of Assistant District Attorney Maureen Comey, continuing the sentence in this matter, currently scheduled for ~~December~~ 28, 2020, to any date in early February 2021, with the exception of February 5, 2020.  October NSR

Mr. Harris advises that he is hoping to finish his GED program, and he will only be able to do so if the sentence is pushed into next year. If this is agreeable, may I impose upon Your Honor to "so order" this letter. Thank you for your consideration. I remain

Respectfully,
*S/GRGoltzer*
George R. Goltzer

cc: All parties via ECF

GRG/ms

Upon consent of the Gov't, Deft's request to adjourn the Sentencing from Oct. 28, 2020 until Feb. 12, 2021 at 12 noon or, alternatively, Feb. 19, 2021 at 12 noon is granted. Clerk of Court requested to terminate the motion (doc. 333).
Dated: Oct. 21, 2020

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/2020