UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

|  |  |
|---|---|
| USA, | **SCHEDULING ORDER** |
| - against - |  |
| NICHOLAS HARRIS, | S7 17 CR 506-03 (NSR) |
| Defendant(s). |  |

--------------------------------------------------------x

NELSON S. ROMÁN, U.S.D.J.:

**The in-person Sentencing for the above Defendant is scheduled for June 30, 2022 at 10:00 am in courtroom 218.**

In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding. To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334#; (3) Press pound (#) to enter the teleconference as a guest**.

Dated:   White Plains, New York
         June 23, 2022

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/23/2022__