UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
      USA,

         - against -

NICHOLAS HARRIS,

                Defendant(s).
--------------------------------------------------------x

**RESCHEDULING ORDER**

S7 17 CR 506-03 (NSR)

NELSON S. ROMÁN, D.J.:

Due to a Court scheduling conflict, the in-person Sentencing scheduled for June 30, 2022 is hereby

ORDERED **rescheduled, with the parties' consent, until September 27, 2022 at 10:00 am.**

In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding.  To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest**.

SO ORDERED.

Dated:    White Plains, New York
            June 28, 2022

_____
Hon. Nelson S. Román, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/2022